# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JOSHUA BUTLER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | **FILE NO. 1:12-cv-03918-CAP** |
| | ) | |
| GREYSTAR MANAGEMENT | ) | |
| SERVICES, L.P. and RREEF | ) | |
| AMERICA REIT III CORP. LL, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTIFICATION OF
## INTENT TO SEEK APPORTIONMENT AGAINST NON-PARTIES

COME NOW Defendants and, pursuant to O.C.G.A. § 51-12-33, herewith notify the

Court and Plaintiff that they intend to assert that the following non-parties were at fault for the

injuries and damages that form the basis for this litigation and that fault should therefore be

apportioned to them:

      (1)    DeCorrey Lamarr Avery
               36 Howell Street
               Apt #1
               Atlanta, Georgia 30308

      (2)    John Doe #1 (Co-Perpetrator)
               Whereabouts Unknown

      (3)    John Doe #2 (Co-Perpertrator)
               Whereabouts Unknown

Plaintiff and his counsel have the information from the police investigators concerning

the investigation, to the extent it has been released, and therefore have access to the same

information concerning the identity of the assailants and the involvement of the assailants in the

matter in issue.  However, on Sunday, November 27, 2011, at approximately 1:00 a.m., Plaintiff

10458456

and a group of friends were on the patio of Defendant's resident, Jace Agolli (Apartment #1115) when they were approached by three unknown individuals who robbed them at gun point.  The Plaintiff was shot in the abdomen by one of the robbers.

DeCorrey Avery was identified by the police as one of three perpetrators involved in this criminal incident.  He was subsequently arrested and charged with multiple criminal acts (including armed robbery, aggravated assault with intent to rob and possession of a firearm during the commission of a felony) in connection with this incident.

John Doe #1 and John Doe #2 are co-perpetrators in this criminal incident.  Avery along with the two co-perpetrators robbed and shot Plaintiff.  As such, Defendants contend that if the criminal perpetrators are not determined to be entirely at fault, then, at a minimum, fault should be apportioned to Avery and the other two John Doe perpetrators as provided by Georgia law. Defendants will seek such non-party apportionment at the trial of the case.

Submitted this 9th day of January, 2014.

> **HAWKINS PARNELL THACKSTON**
> **& YOUNG, LLP**
>
> /s/ Michael J. Goldman
> Michael J. Goldman
> Georgia Bar No.:  300100
> 4000 SunTrust Plaza
> 303 Peachtree Street, NE
> Phone: (404) 614-7400
> Fax: (404) 614-7500
> E-Mail: mgoldman@hptylaw.com
>
> Attorney For Defendants Greystar
> Management Services, L.P. and RReef
> America Reit III Corp. LL

10458456

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JOSHUA BUTLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | **FILE NO. 1:12-cv-03918-CAP** |
| | ) | |
| **GREYSTAR MANAGEMENT** | ) | |
| **SERVICES, L.P. and RREEF** | ) | |
| **AMERICA REIT III CORP. LL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I filed the foregoing **DEFENDANTS'**

**NOTIFICATION OF INTENT TO SEEK APPORTIONMENT AGAINST NON-**

**PARTIES** with the Clerk of Court using the CM/ECF system that automatically sent email

notification of such filing to the attorneys of record as follows:

James A. Rice, Jr., Esq.
JAMES A. RICE, JR., P.C.
563 Spring Street, NW.
Atlanta, Georgia 30308

This 9th day of January, 2014.

s/ Michael J. Goldman
Michael J. Goldman
Georgia Bar No.  300100

10458456

11044978v.1